UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Serpentini Chevrolet, Inc., *et al.*, | CASE NO. 1:18-CV-1390 |
| Plaintiffs, | |
| vs. | JUDGE: PATRICIA A. GAUGHAN |
| Transamerica Life Insurance Company, | **CIVIL RULE 41(a)(1)(A)(ii) JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

So Ordered.
/s/ Patricia A. Gaughan
11/19/18

The parties, by and through counsel, and pursuant to Federal Civil Rule 41(a)(1)(A)(ii), hereby jointly stipulate to the dismissal, with prejudice, of all claims asserted in the above-captioned matter against the Defendant.

Respectfully Submitted,

*s/ Nicholas A. DiCello*
NICHOLAS A. DICELLO (0075745)
DENNIS R. LANSDOWNE (0026036)
JEREMY A. TOR (0091151)
SPANGENBERG SHIBLEY & LIBER LLP
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
(216) 696-3232
(216) 696-3924 (FAX)
ndicello@spanglaw.com
dlansdowne@spanglaw.com
jtor@spanglaw.com

**Counsel for Plaintiffs**

*s/ Shawn M. McGraw (by email consent)*
SHAWN M. MCGRAW  (0063547)
MALLORY A. ROHR (0096259)
Koehler Fitzgerald LLC
1111 Superior Ave. East, Suite 2500
Cleveland, OH  44114
(216) 539-9370
(216) 916-4396 (FAX)
mrohr@koehler.law
smcgraw@koehler.law

**Counsel for Defendant**